FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 FEB -2  AM II: 20

DISTRICT OF UTAH
MAIL

**KENNETH A. RUSHTON (2827)**
**Attorney for Trustee**
**P.O. Box 212**
**Lehi, Utah 84043**
**Telephone: (801) 768-8416**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| In Re: | Chapter 7 |
| TROY WILLIAM NAYLOR<br>SUSAN N. NAYLOR | Bankruptcy No. 03-33137 |
|     Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On October 18, 2010, Check # 10113, in the amount of $30.46 was issued to Chevron Credit Bank.

2. Said check was returned unclaimed by the postal department.

3. The unclaimed funds are on deposit in Bank of New York Mellon, Account # 92000020940166.

4. The last known name and address of the payee, to which the check was sent, is as follows:

    Chevron Credit Bank
    2001 Diamond Blvd.
    PO Box 5010 Sect. 230
    Concord, CA 94524-0010

5. A check in the amount of $30.46, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this _31_ day of _January_____, 2011.

_____
**KENNETH A. RUSHTON, Trustee**



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed

Funds to the parties listed below by depositing the same in the United States mail,

postage prepaid, this _31_ day of _January_____, 2011.


**United States Trustee**
**Ken Garff Building**
**405 South Main Street**
**Suite 300**
**Salt Lake City, Utah 84111**

2